[No. 5661–5–II. Division Two. March 9, 1984.]

MYRON VIGOREN, ET AL, *Appellants,* v. WILLIAM DALE ANDERSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 72938, John H. Kirkwood, J., entered June 26, 1981. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Reed and Worswick, JJ.

[No. 5995–9–II. Division Two. March 9, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. PAUL D. STENLUND, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 7679, Milton R. Cox, J., entered November 12, 1981. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Reed and Worswick, JJ.

[No. 12512–5–I. Division One. March 12, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. ERNEST ADOLPH SCHAEF, SR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–01190–4, Lee Kraft, J., entered November 16, 1982. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Durham, C.J., and Andersen, J.